United States District Court
Central District of California

Priority ___
Send ✓
Enter ___
Closed ___
Scan Only ___

UNITED STATES OF AMERICA vs.

Docket No. CR 02-778-TJH-5/JS-6

Defendant: Robert John Cusack
akas: Robert John Becksted

Social Security No. 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

Residence Address: Metropolitan Detention Center
535 North Alameda Street
Los Angeles, CA 90012

Mailing Address: 3km East Pacific Edge
Cabenas Playa Dominicals
Costa Rica

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 12 | 16 | 02 |

**COUNSEL** [X] WITH COUNSEL    Dominic Cantalupo (apptd.)
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDRE  [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

**Smuggling Protected Wildlife in violation of 18 U.S.C. § 545 as charged in the Single-Count Information**

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby sentenced to:

Time served.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which is due immediately.

It is ordered that within forty-five (45) days, the defendant shall pay remaining restitution due in the amount of $1,000.00 to Primary Primates, Inc. in San Antonio, Texas.

December 24, 2002                    /s/ TERRY J. HATTER, JR.
Date                                 TERRY J. HATTER, JR.
                                     U. S. DISTRICT JUDGE

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 26 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Sherri R. Carter, Clerk

December 24, 2002
Filed Date

Deputy Clerk   1139

(37)

CR-104 (10/02)    DEC 26 2002    JUDGMENT & PROBATION/COMMITMENT ORDER    Page 1 of 3

USA vs.   Robert John Cusack                                          Docket No.:   CR 02-778-TJH

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
   Private victims (individual and corporate),
   Providers of compensation to private victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

U.S.A. vs __Robert John Cusack__    Docket No.: __CR 02-778-TJH__

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____     By _____
Date                    Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____     By _____
Filed Date               Deputy Clerk

```
```

# NOTICE PARTY SERVICE LIST

Case No. **CR** 02-778
Case Title Robert John Cusack
Filed Date 12/24/02
Title of Document J+C

| | | | | |
|---|---|---|---|---|
| | Atty Sttlmnt Officer | | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | | US Attorneys Office - Criminal Division -S.A. |
| | Calderon, Arthur - Warden, San Quentin | | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) | | √ | US Marshal Service - Los Angeles |
| | | | | US Marshal Service - Santa Ana |
| | CA St Pub Defender (Calif. State PD) | | | US Marshal Service - Riverside |
| | Case Asgmt Admin (Case Assignment Administrator) | | √ | US Probation Office |
| | | | | US Trustee's Office |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | | |
| | Chief Deputy Adm | | | |
| | Chief Deputy Ops | | | |
| | Clerk of Court | | | |
| | Death Penalty H/ C (Law Clerks) | | | |
| | Dep In Chg E Div | | | |
| | Dep In Chg So Div | | | |
| √ | Fiscal Section | | | |
| | Intake Supervisor | | | |
| | Interpreter Section | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| √ | PSA - Los Angeles (PSALA) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |
| | Stratton, Maria - Federal Public Defender | | | |

**ADD NEW NOTICE PARTY** (* *print name and address below*):

_____
_____
_____

\* *Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning.*

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk